UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:01-cr-00059-JMS-DML |
| | ) | |
| CALVIN HENDERSON (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Debra McVicker Lynch's Amended Report and Recommendation dkt. [16] recommending that Calvin Henderson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Amended Report and Recommendation dkt. [16]. The Court finds that Mr. Henderson committed Violation Number 1, as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt [6]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Henderson is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months imprisonment with no supervised release to follow. The Court further recommends placement at a FMC facility or USP Atlanta.

Date: 12/12/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal